No. 105, Orig.  KANSAS v. COLORADO.  Motion of the Special Master for award of interim fees and reimbursement of expenses granted, and the Special Master is awarded a total of $244,063.47 to be paid as follows: 40% by Kansas, 40% by Colorado, and 20% by the United States.  [For earlier order herein, see, e. g., 502 U. S. 1027.]

No. 108, Orig.  NEBRASKA v. WYOMING ET AL.  Motion of Wyoming for leave to file a reply brief granted.  Exceptions to the Reports of the Special Master are set for oral argument in due course.  [For earlier order herein, see, e. g., 504 U. S. 982.]

No. 111, Orig.  DELAWARE v. NEW YORK.  Motions of Midwest Securities Trust Co. et al. and Securities Industries Association et al. for leave to file briefs as amici curiae granted.  Motion of Delaware for leave to file a brief in reply to briefs of the Texas Group Intervenors granted.  Motion of New York for leave to file a reply brief granted.  Motion of Massachusetts for leave to file a complaint in intervention granted.  Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, e. g., 504 U. S. 939.]

No. 119, Orig.  CONNECTICUT ET AL. v. NEW HAMPSHIRE. Answer of New Hampshire to the complaint of the utility intervenors referred to the Special Master.  JUSTICE SOUTER took no part in the consideration or decision of this order.  [For earlier order herein, see, e. g., 505 U. S. 1202.]

No. 90–114.  CONSOLIDATION COAL CO. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL., 501 U. S. 680.  Motion of respondent Albert C. Dayton for award of attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Fourth Circuit.  JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. 91–155.  INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. v. LEE, SUPERINTENDENT OF PORT AUTHORITY POLICE, 505 U. S. 672; and

No. 91–339.  LEE, SUPERINTENDENT OF PORT AUTHORITY POLICE v. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL., 505 U. S. 830.  Motion of Walter Lee to retax costs denied.